# Exhibit "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------X
MARIA MERAN,

                                  Plaintiff,

-against-

EDISON CORREA,

                                  Defendant.
-----------------------------------------------------------------X

Index No.:

**SUMMONS**

Basis of Venue:
Place of Occurrence

**TO THE ABOVE-NAMED DEFENDANT**:

      **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

*Basis of Venue*: Place of Occurrence – Major Deegan Expressway and East 161st Street, Bronx, NY 10454.

Dated:    August 15, 2024
              New York, NY

                                                      Yours, etc.

                                                      By: *Louis Lopez* (signature)
                                                      Louis Lopez, Esq.
                                                      HACH & ROSE, LLP
                                                      *Attorneys for Plaintiff*
                                                      112 Madison Avenue, 10th Floor
                                                      New York, NY 10016
                                                      T. 212.779.0057
                                                      F. 212.779-0028

TO:       EDISON CORREA
             660 OCEAN Avenue
             Revere, MA 02151

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------X
MARIA MERAN,

      Plaintiff,

-against-

EDISON CORREA,

      Defendant.
---------------------------------------------------------------X

**VERIFIED COMPLAINT**

Index No.:

 Plaintiff, MARIA MERAN, by her attorneys, HACH & ROSE, LLP, as and for a cause of action against Defendant, EDISON CORREA, alleges upon information and belief as follows:

1. At all times herein mentioned, Plaintiff, MARIA MERAN, was and still is a resident of the County of Bronx, State of New York.

2. That this action falls within one or more of the exceptions as set forth in CPLR §1602 §1602(1), §1602(2), §1602(3), §1602(4), §1602(5), §1602(6), §1602(7), §1602(8), §1602(9), §1602(10), §1602(11), §1602(12) and §1603 of the State of New York.

3. At all times herein mentioned, Plaintiff, MARIA MERAN, was the owner of a 2016 Buick motor vehicle bearing State of New York license plate KVY5212.

4. At all times herein mentioned, Defendant, EDISON COREA, was the owner of a 2002 Freightliner Tractor Truck vehicle bearing State of Massachusetts license plate number 7018A.

5. At all times herein mentioned, Defendant, EDISON CORREA, was a lessee of the 2002 Freightliner Tractor Truck vehicle bearing State of Massachusetts license plate number 7018A.

6. At all times herein mentioned, Defendant, EDISON CORREA, was a lessor of the 2002 Freightliner Tractor Truck vehicle bearing State of Massachusetts license plate number 7018A.

7. At all times hereinafter mentioned, the 87I North Bound Major Deegan Expressway, at or near East 161st Street, in the County of Bronx, State of New York, was and is a public roadway and/or thoroughfare.

8. That on or about April 21, 2023, at approximately 2:00 A.M., Plaintiff, MARIA MERAN, was the operator of the 2016 Buick motor vehicle bearing State of New York license plate number KVY5212.

9. That on or about April 21, 2023, at approximately 2:00 A.M., Plaintiff, MARIA MERAN, was the operator of the 2016 Buick motor vehicle bearing State of New York license plate number KVY5212, traveling on the 87I North Bound Major Deegan Expressway, at or near East 161st Street, in the County of Bronx, State of New York.

10. That on or about April 21, 2023, at approximately 2:00 A.M., Defendant, EDISON CORREA, was the operator of the 2002 Freightliner Tractor Truck vehicle bearing State of Massachusetts license plate number 7018A.

11. That on or about April 21,2023, at approximately 2:00 A.M., Defendant, EDISON CORREA, was the operator of the 2002 Freightliner Tractor Truck vehicle bearing State of Massachusetts license plate number 7018A on the 87I North Bound Major Deegan Expressway, at or near East 161st Street, in the County of Bronx, State of New York.

12. That on or about April 21, 2023, at approximately 2:00 A.M., the 2002 Freightliner Tractor Truck vehicle bearing State of Massachusetts license plate number 7018A, owned and operated by Defendant, EDISON CORREA, came into contact with the 2016 Buick motor vehicle bearing State of New York license plate number KVY5212, owned and operated by Plaintiff, MARIA MERAN.

13. That as a result of the aforesaid contact, Plaintiff, MARIA MERAN, suffered very serious personal injuries.

14. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of Defendant, EDISON CORREA, without any fault or negligence on the part of Plaintiff, MARIA MERAN, contributing thereto.

15. That Defendant, EDISON CORREA, was negligent, careless, reckless, and grossly negligent in the ownership, operation, management, maintenance, supervision, inspection, repair and control of their 2002 Freightliner Tractor Truck vehicle.

16. That Plaintiff, MARIA MERAN, has sustained serious injuries as defined in subdivision (d) of §5102 of the Insurance Law of the State of New York.

17. That Plaintiff, MARIA MERAN, has sustained serious injury and economic loss greater than basic economic loss as to satisfy the exceptions of §5104 of the Insurance Law of the State of New York and as defined in §5102 of the Insurance Law of the State of New York.

18. That the limitations of liability as set forth in Article 16 of the CPLR do not apply herein; one or more of the exemptions set forth in CPLR §1602 applies.

19. That as a result of the negligence, gross negligence, recklessness and/or carelessness of Defendant, EDISON CORREA, as alleged above, Plaintiff, MARIA MERAN, was injured and has suffered damages in an amount which exceeds the monetary jurisdictional limits of all lower New York State Courts which would otherwise have jurisdiction.

**WHEREFORE**, Plaintiff demands judgment against Defendant in an amount which exceeds the monetary jurisdictional limits of all lower New York State Courts which would otherwise have jurisdiction, and Plaintiff demands such other, further and different relief as the Court may deem just and proper, together with costs and disbursements of this action.

Dated: August 15, 2024
New York, NY

Yours, etc.

By: Louis Lopez, Esq.
HACH & ROSE, LLP
*Attorneys for Plaintiff*
112 Madison Avenue, 10th Floor
New York, NY 10016
(212) 779-0057

## ATTORNEY VERIFICATION

STATE OF NEW YORK}
                                        } ss.
COUNTY OF NEW YORK}

LOUIS LOPEZ, ESQ., being duly sworn, deposes and says:

That deponent is an attorney with HACH & ROSE, L.L.P., attorneys for Plaintiff in the within action; that the deponent has read the foregoing **SUMMONS AND VERIFIED COMPLAINT** and knows the contents thereof; that the same is true to deponents knowledge except as to the matters therein stated to be alleged upon information and belief, and as to those matters deponent believes it to be true and the reason that this verification is not made by the Plaintiff and is made by deponent is that Plaintiff does not reside in the county where the attorney for the Plaintiff have their office.

Deponent further says that the source of deponent's information and the grounds of deponent's beliefs as to all matters not stated upon deponent's knowledge are from investigation made on behalf of Plaintiff.

DATED: August 15, 2024
             New York, NY

_____
Louis Lopez, Esq.
HACH & ROSE, LLP
112 Madison Avenue, 10th Floor
New York, NY 10016
(212) 779-0057

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------X
MARIA MERAN,

                      Plaintiff,

    -against-

EDISON CORREA,

                      Defendants.
------------------------------------------------------------------X

Index No.:

==========================================================
**SUMMONS and VERIFIED COMPLAINT**
==========================================================

**HACH & ROSE, LLP**
Attorneys for Plaintiffs
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: (212) 779-0057

7