UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA MERAN,

Plaintiff,

– against –

EDISON CORREA,

Defendant.

**ORDER**

25-cv-10549 (ER)

Ramos, D.J.:

This action was initiated in the Supreme Court of the State of New York, Bronx County, on August 15, 2024, and removed to this Court on December 19, 2025. Doc. 1. On April 22, 2026, an initial conference was held, where the Court was advised that Plaintiff had filed for Chapter 7 bankruptcy. Doc. 5. On June 22, 2026, the Court directed Plaintiff's counsel to file a status report by July 17, 2026, regarding the status of the Chapter 7 trustee's retention of the firm to prosecute the action on behalf of the bankruptcy estate (*In re Meran*, Bankr. D.N.J. Case No. 25-17847 (VFP)). Doc. 7.

On September 17, 2026, Plaintiff's counsel submitted a status letter informing the Court that the bankruptcy case was closed on August 3, 2026, and that counsel could represent Plaintiff in this action without the Chapter 7 trustee's authorization. Doc. 8. In light of the resolution of the bankruptcy case, the Court directed the parties to submit a proposed case management plan by October 28, 2026. Doc. 9. As of the date of this Order, the parties have still not submitted a proposed case management plan.

The parties are directed to submit a status report by November 6, 2026. Failure to do so will result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: October 30. 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.