UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA MERAN,

Plaintiff,

– against –

EDISON CORREA,

Defendant.

**ORDER**

25-cv-10549 (ER)

Ramos, D.J.:

On November 9, 2026, Defendant's counsel submitted a status letter (Doc. 11) pursuant to the Court's Order issued on October 30, 2026, directing the parties to submit a status report by November 6, 2026. Doc. 10. In the letter, Defendant's counsel attached Plaintiff's prior correspondence to the Court from June 18, 2026, stating that "the action was stayed pursuant to a bankruptcy filing by the plaintiff" and that Defendant "ha[d] not been advised as to any change in the status." Doc. 11.

However, on September 17, 2026, Plaintiff's counsel submitted a status letter informing the Court that the bankruptcy case was closed on August 3, 2026, and that counsel could represent Plaintiff in this action without the Chapter 7 trustee's authorization. Doc. 8. Defendant is directed to confer with Plaintiff's counsel, and the parties are directed to submit a proposed case management plan by November 19, 2026. Failure to do so will result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: November 12, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.